UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PETER J. BAKER,

                  Plaintiff,                **ORDER OF**

v.                                             **DISMISSAL**

SECURITY CREDIT SYSTEMS, INC. CORPORATION,        05-CV-64A(F)

                  Defendant.

---

The court having been advised by the counsel for the parties that the above action has been settled;

It is ORDERED that this action is hereby dismissed without costs and on the merits, but without prejudice to the right, upon good cause shown within 30 days to reopen this action if settlement is not consummated.

                                                      RICHARD J. ARCARA
                                                UNITED STATES DISTRICT JUDGE

Dated:        September 21, 2005
                Buffalo, New York